# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRONE, STEVEN | § | Case No. 16-05437 |
| KRONE, CATHERINE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/19/2016 . The undersigned trustee was appointed on 02/19/2016 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                  $   50,028.42

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 63.35 |
| Bank service fees | 708.93 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| | |
| Leaving a balance on hand of[1]           $ | 34,256.14 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  09/23/2016  and the deadline for filing governmental claims was  09/23/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,252.84 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,252.84 , for a total compensation of $ 4,252.84 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1.74 , for total expenses of $ 1.74 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 05/08/2017                        By:/s/GINA B. KROL
                                             Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 16-05437 | DRC   Judge: Donald R. Cassling |
|---|---|---|

| | |
|---|---|
| Case Name: | KRONE, STEVEN |
| | KRONE, CATHERINE |
| For Period Ending: | 05/08/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 02/19/16 (f) |
| 341(a) Meeting Date: | 03/15/16 |
| Claims Bar Date: | 09/23/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 618 S. Erie, Wheaton, IL | 173,492.00 | 0.00 | | 50,028.42 | FA |
| 2. 1997 Chevy Cheyenne | 500.00 | 0.00 | | 0.00 | FA |
| 3. TV, Couch | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 50.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 6. Wheaton Bank & Trust Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Social Security Disability Claim | Unknown | 0.00 | | 0.00 | FA |
| 8. Cash | 0.00 | 0.00 | | 0.00 | FA |
| none | | | | | |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $175,342.00 | $0.00 | $50,028.42 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed adversary to deterimine extent and validity of liens and claims; set for 11/18/16

October 12, 2016, 02:51 pm

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 06/30/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| Case No: | 16-05437  -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KRONE, STEVEN | Bank Name: | ASSOCIATED BANK |
| | KRONE, CATHERINE | Account Number / CD #: | *******7905  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2847 | | |
| For Period Ending: | 05/08/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 07/06/16 | 1 | DuPage County Sheriff Chancery Sales Trust 501 N. County Farm Rd. Wheaton, IL 60187 | Foreclosure Surplus | 1110-000 | 50,028.42 | | 50,028.42 |
| | 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.36 | 49,966.06 |
| | 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.28 | 49,891.78 |
| | 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.79 | 49,819.99 |
| | 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.07 | 49,745.92 |
| | 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.57 | 49,674.35 |
| | 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.85 | 49,600.50 |
| | 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | BOND #016073584 | 2300-000 | | 63.35 | 49,537.15 |
| | 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.75 | 49,463.40 |
| * | 02/13/17 | 030002 | Steven Krone Catherine Krone c/o Austin Pollak, Schaller Law Firm 700 Commerce Drive, 500 Oak Brook, IL  60523 | Exemption to Debtors | 8100-003 | | 15,000.00 | 34,463.40 |
| | 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.45 | 34,396.95 |
| | 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.44 | 34,323.51 |
| * | 04/18/17 | 030002 | Steven Krone Catherine Krone c/o Austin Pollak, Schaller Law Firm 700 Commerce Drive, 500 Oak Brook, IL  60523 | Exemption to Debtors | 8100-003 | | -15,000.00 | 49,323.51 |
| | 04/18/17 | 030003 | CATHERINE KRONE | EXEMPTION CHECK TO DEBTOR | 8100-000 | | 15,000.00 | 34,323.51 |

Page Subtotals        50,028.42        15,704.91

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Ver: 20.00

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 16-05437 -DRC | | | | |
|---|---|---|---|---|---|
| Case Name: | KRONE, STEVEN | | Trustee Name: | GINA B. KROL | |
| | KRONE, CATHERINE | | Bank Name: | ASSOCIATED BANK | |
| | | | Account Number / CD #: | *******7905 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | *******2847 | | | | |
| For Period Ending: | 05/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O SCHALLER LAW FIRM 700 COMMERCE DRIVE, STE 500 OAK BROOK, IL 60523 | | | | | |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.37 | 34,256.14 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,028.42 | 15,772.28 | 34,256.14 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,028.42 | 15,772.28 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 50,028.42 | 772.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******7905 | 50,028.42 | 772.28 | 34,256.14 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 50,028.42 | 772.28 | 34,256.14 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      67.37

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Ver: 20.00

LFORM24

| | | EXHIBIT A | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 08, 2017 |

Case Number:   16-05437

Debtor Name:   KRONE, STEVEN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1 001 2100-00 | GINA B. KROL 105 W. Madison Suite 1100 Chicago, IL 60602 | Administrative | | $4,254.58 | $0.00 | $4,254.58 |
| ADMIN 2 001 3210-00 | Giagnorio & Robertelli, Ltd 130 S. Bloomingdale Road P.O. Box 726 Bloomindale, IL  60108 | Administrative | | $2,566.78 | $0.00 | $2,566.78 |
| ADMIN 3 001 3110-00 | Cohen & Krol Attorneys for Trustee 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Administrative | | $4,950.29 | $0.00 | $4,950.29 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA  70139 | Administrative | | $63.35 | $63.35 | $0.00 |
| 000001 070 7100-00 | PYOD, LLC its successors and assigns as assignee of B-Real, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured | | $24,555.21 | $0.00 | $24,555.21 |
| 000002 070 7100-00 | LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $7,899.06 | $0.00 | $7,899.06 |
| | Case Totals: | | | $44,289.27 | $63.35 | $44,225.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-05437
Case Name: KRONE, STEVEN
          KRONE, CATHERINE
Trustee Name: GINA B. KROL

Balance on hand                $      34,256.14

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,252.84 | $ 0.00 | $ 4,252.84 |
| Trustee Expenses: GINA B. KROL | $ 1.74 | $ 0.00 | $ 1.74 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,530.00 | $ 0.00 | $ 4,530.00 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 420.29 | $ 0.00 | $ 420.29 |
| Other: Giagnorio & Robertelli, Ltd | $ 2,326.50 | $ 0.00 | $ 2,326.50 |
| Other: Giagnorio & Robertelli, Ltd | $ 240.28 | $ 0.00 | $ 240.28 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 63.35 | $ 63.35 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $  11,771.65

Remaining Balance  $  22,484.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,454.27  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 69.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 24,555.21 | $ 0.00 | $ 17,011.98 |
| 000002 | LVNV Funding, LLC its successors and | $ 7,899.06 | $ 0.00 | $ 5,472.51 |

Total to be paid to timely general unsecured creditors           $          22,484.49

Remaining Balance                                              $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE