IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Krone, Steven** | ) | |
| **Krone, Catherine,** | ) | No. 16 B 05437 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on June 2, 2017, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                         BY:/s/ Gina B. Krol
                                                          Ch 7 Bankruptcy Trustee

**Service List:**

**slfecfmail@gmail.com**

**USTPRegion11.ES.ECF@usdoj.gov**

PYOD, LLC its successors and assigns as
assignee of B-Real, LLC
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

LVNV Funding, LLC its successors and
assigns as assignee of Citibank SD NA
Resurgent Capital Services
P.O. Box 10587
Greenville, SC   29603-0587