UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRONE, STEVEN | § | Case No. 16-05437 JSB |
| KRONE, CATHERINE | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                                Assets Exempt: 38,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  22,484.49          Claims Discharged
                                                      Without Payment:  9,969.78

Total Expenses of Administration:  12,543.93

---

3) Total gross receipts of $ 50,028.42  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 35,028.42  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 12,543.93 | 12,543.93 | 12,543.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 32,454.27 | 32,454.27 | 22,484.49 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 44,998.20 | $ 44,998.20 | $ 35,028.42 |

    4) This case was originally filed under chapter 7 on 02/19/2016 . The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2017      By: /s/GINA B. KROL
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 618 S. Erie, Wheaton, IL | 1110-000 | 50,028.42 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,028.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CATHERINE KRONE | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 4,252.84 | 4,252.84 | 4,252.84 |
| KROL, GINA B. | 2200-000 | NA | 1.74 | 1.74 | 1.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 63.35 | 63.35 | 63.35 |
| ASSOCIATED BANK | 2600-000 | NA | 708.93 | 708.93 | 708.93 |
| COHEN & KROL | 3110-000 | NA | 3,020.02 | 3,020.02 | 3,020.02 |
| GINA B. KROL | 3110-000 | NA | 1,509.98 | 1,509.98 | 1,509.98 |
| COHEN & KROL | 3120-000 | NA | 420.29 | 420.29 | 420.29 |
| GIAGNORIO & ROBERTELLI, LTD. | 3210-600 | NA | 2,326.50 | 2,326.50 | 2,326.50 |
| GIAGNORIO & ROBERTELLI, LTD. | 3220-610 | NA | 240.28 | 240.28 | 240.28 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 12,543.93 | $ 12,543.93 | $ 12,543.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-900 | NA | 7,899.06 | 7,899.06 | 5,472.51 |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 24,555.21 | 24,555.21 | 17,011.98 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 32,454.27 | $ 32,454.27 | $ 22,484.49 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 16-05437 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KRONE, STEVEN | Date Filed (f) or Converted (c): | 02/19/16 (f) |
| | KRONE, CATHERINE | 341(a) Meeting Date: | 03/15/16 |
| For Period Ending: | 07/26/17 | Claims Bar Date: | 09/23/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 618 S. Erie, Wheaton, IL | 173,492.00 | 0.00 | | 50,028.42 | FA |
| 2. 1997 Chevy Cheyenne | 500.00 | 0.00 | | 0.00 | FA |
| 3. TV, Couch | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 50.00 | 0.00 | | 0.00 | FA |
| 5. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 6. Wheaton Bank & Trust Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 7. Social Security Disability Claim | Unknown | 0.00 | | 0.00 | FA |
| 8. Cash | 0.00 | 0.00 | | 0.00 | FA |
| none | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $175,342.00     $0.00     $50,028.42     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Submitted TFR to US Tee's office for review May 08, 2017, 12:50 pm

Trustee filed adversary to deteremine extent and validity of liens and claims; set for 11/18/16

October 12, 2016, 02:51 pm

Initial Projected Date of Final Report (TFR): 06/30/17     Current Projected Date of Final Report (TFR): 06/30/17

/s/ GINA B. KROL

_____ Date: 07/26/17

GINA B. KROL

LFORM1     Ver: 20.00c

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-05437 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | KRONE, STEVEN | Bank Name: | ASSOCIATED BANK |
|  | KRONE, CATHERINE | Account Number / CD #: | *******7905 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2847 |  |  |
| For Period Ending: | 07/26/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/06/16 | 1 | DuPage County Sheriff<br>Chancery Sales Trust<br>501 N. County Farm Rd.<br>Wheaton, IL 60187 | Foreclosure Surplus | 1110-000 | 50,028.42 |  | 50,028.42 |
| 08/05/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 62.36 | 49,966.06 |
| 09/08/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 74.28 | 49,891.78 |
| 10/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 71.79 | 49,819.99 |
| 11/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 74.07 | 49,745.92 |
| 12/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 71.57 | 49,674.35 |
| 01/09/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 73.85 | 49,600.50 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND #016073584 | 2300-000 |  | 63.35 | 49,537.15 |
| 02/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 73.75 | 49,463.40 |
| * 02/13/17 | 030002 | Steven Krone<br>Catherine Krone<br>c/o Austin Pollak, Schaller Law Firm<br>700 Commerce Drive, 500<br>Oak Brook, IL 60523 | Exemption to Debtors | 8100-003 |  | 15,000.00 | 34,463.40 |
| 03/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 66.45 | 34,396.95 |
| 04/07/17 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 73.44 | 34,323.51 |
| * 04/18/17 | 030002 | Steven Krone<br>Catherine Krone<br>c/o Austin Pollak, Schaller Law Firm<br>700 Commerce Drive, 500<br>Oak Brook, IL 60523 | Exemption to Debtors | 8100-003 |  | -15,000.00 | 49,323.51 |
| 04/18/17 | 030003 | CATHERINE KRONE | EXEMPTION CHECK TO DEBTOR | 8100-000 |  | 15,000.00 | 34,323.51 |

Page Subtotals   50,028.42   15,704.91

Ver: 20.00c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-05437 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | KRONE, STEVEN | | Bank Name: | ASSOCIATED BANK |
| | KRONE, CATHERINE | | Account Number / CD #: | *******7905 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2847 | | | |
| For Period Ending: | 07/26/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/17 | | C/O SCHALLER LAW FIRM<br>700 COMMERCE DRIVE, STE 500<br>OAK BROOK, IL 60523<br>ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.37 | 34,256.14 |
| 06/23/17 | 030004 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 4,254.58 | 30,001.56 |
| | | | Fees          4,252.84 | 2100-000 | | | |
| | | | Expenses         1.74 | 2200-000 | | | |
| 06/23/17 | 030005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | 3110-000 | | 1,509.98 | 28,491.58 |
| 06/23/17 | 030006 | Giagnorio & Robertelli, Ltd<br>130 S. Bloomingdale Road<br>P.O. Box 726<br>Bloomindale, IL 60108 | Claim ADMIN 2, Payment 100.00000% | | | 2,566.78 | 25,924.80 |
| | | | Fees          2,326.50 | 3210-600 | | | |
| | | | Expenses       240.28 | 3220-610 | | | |
| 06/23/17 | 030007 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Claim ADMIN 3, Payment 100.00000% | | | 3,440.31 | 22,484.49 |
| | | | Fees          3,020.02 | 3110-000 | | | |
| | | | Expenses       420.29 | 3120-000 | | | |
| 06/23/17 | 030008 | PYOD, LLC its successors and assigns as assignee | Claim 000001, Payment 69.28053% | 7100-900 | | 17,011.98 | 5,472.51 |

Page Subtotals       0.00    28,851.00

Ver: 20.00c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 16-05437 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | KRONE, STEVEN | | Bank Name: | ASSOCIATED BANK |
| | KRONE, CATHERINE | | Account Number / CD #: | *******7905 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2847 | | | |
| For Period Ending: | 07/26/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/23/17 | 030009 | of B-Real, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>LVNV Funding, LLC its successors and assigns as<br>assignee of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 69.28052% | 7100-900 | | 5,472.51 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 50,028.42 | 50,028.42 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 50,028.42 | 50,028.42 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| Net | | 50,028.42 | 35,028.42 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********7905 | 50,028.42 | 35,028.42 | 0.00 |
| | 50,028.42 | 35,028.42 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    5,472.51

Ver: 20.00c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*